FILED

NOV 03 2020

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.

CALVIN RADER,

Defendant.

Criminal No. 1:20cr79
Violations: 18 U.S.C. § 7(3)
18 U.S.C. § 113(a)(3)

Kleeh
MJA

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Assault with a Dangerous Weapon with Intent to do Bodily Harm)

On or about November 18, 2019, in Preston County, West Virginia, within the Northern District of West Virginia, the defendant, **CALVIN RADER**, at a place within the special maritime and territorial jurisdiction of the United States and on land acquired for the use of the United States and under its jurisdiction, namely, United States Penitentiary Hazelton, intentionally and forcibly assaulted another inmate, L.A., with a dangerous weapon and with the intent to do bodily harm to L.A., in violation of Title 18, United States Code, Sections 7(3) and 113(a)(3).

_____
WILLIAM J. POWELL
United States Attorney

Christopher L. Bauer
Assistant United States Attorney